# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #:** County # 66, Judicial District 1, Court ID CI
**Case Year:** 2015
**Docket Number:** 6[ ][ ][ ]

Clerk completed: Month 03 / Date 12 / Year 15

In the **CIRCUIT** Court of **STONE** County — Judicial District

### Origin of Suit
[X] Initial Filing

### Plaintiff
Individual — Last Name: **HAYES**, First Name: **ASHLEY**

[X] Check if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate:
Estate of **Administrator of the Estate of William Henry Hutchison**

**Address of Plaintiff:** 108 Ruston Road, Carriere, MS 39426
**Attorney (Name & Address):** Michael W. Crosby, 2111 25th Avenue, Gulfport, MS 39501
**MS Bar No.:** 7888

### Defendant
**Business:** STONE COUNTY, MISSISSIPPI, 323 E. Cavers Avenue, Wiggins, MS 39577

### Damages Sought
Compensatory $ **1,000,000.00** Punitive $ ____

### Nature of Suit
**Torts:** [X] Negligence - General

**EXHIBIT A**

IN THE <u>CIRCUIT</u> COURT OF <u>STONE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____-_____   _____   Docket No. If Filed
　　　　　　 File Yr　　 Chronological No.　 Clerk's Local ID　 Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

Individual: _____ _____ (_____) _____ _____
　　　　　　　 Last Name　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

Business <u>Estate of William Henry Hutchison, care of attorney Michael W. Crosby, 2111 25th Avenue, Gulfport, MS 39501</u>
　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>7888</u>　 Bar # or Name: <u>Michael W. Crosby</u>　 Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____ _____ (_____) _____ _____
　　　　　　　 Last Name　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

Business _____
　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____ _____ (_____) _____ _____
　　　　　　　 Last Name　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

Business _____
　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>STONE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____   Docket No. If Filed
           File Yr   Chronological No.   Clerk's Local ID        Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: <u>BREWER</u>         <u>FRANKLIN</u>         ( _____ ) _____ _____
            Last Name              First Name           Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>WARDEN OF STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS  39577</u>
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
            Last Name              First Name           Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS  39577</u>
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: <u>FARMER</u>         <u>MIKE</u>         ( _____ ) _____ _____
            Last Name              First Name           Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>SHERIFF, STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS  39577</u>
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>STONE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No. _____ - _____ _____       Docket No. If Filed
         File Yr       Chronological No.   Clerk's Local ID          Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # _5_ :**

Individual: _____ _____ (_____) _____ _____
              Last Name                First Name              Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business  <u>STONE COUNTY BOARD OF SUPERVISORS, 323 E. Cavers Avenue, Wiggins, MS  39577</u>
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

Individual: _____ _____ (_____) _____ _____
              Last Name                First Name              Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business  _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

Individual: _____ _____ (_____) _____ _____
              Last Name                First Name              Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business  _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

ASHLEY NICOLE HAYES, ADMINISTRATOR OF THE
ESTATE OF WILLIAM HENRY HUTCHISON AND
ON BEHALF OF THE HEIRS AT LAW OF THE ESTATE OF
WILLIAM HENRY HUTCHISON                                              PLAINTIFF

VERSUS                                               CIVIL ACTION No.: 2015-61

STONE COUNTY, MISSISSIPPI,
WARDEN FRANKLIN BREWER
in his individual and official capacities,
STONE COUNTY CORRECTIONAL FACILITY,
SHERIFF MIKE FARMER,
in his individual and official capacities; and
STONE COUNTY BOARD OF SUPERVISORS                        DEFENDANTS

FILED MAR 12 2015 STONE COUNTY, MISS. KENNY HATTEN, C.B. BY _____ D.C.

## COMPLAINT

COMES NOW the Plaintiffs, ASHLEY NICOLE HAYES, ADMINISTRATOR OF THE ESTATE OF WILLIAM HENRY HUTCHISON AND ON BEHALF OF THE HEIRS AT LAW OF WILLIAM HENRY HUTCHISON, by and through their attorney, Michael W. Crosby, and file this Complaint against the Defendants, STONE COUNTY, MISSISSIPPI; WARDEN FRANKLIN BREWER, in his individual and official capacities; STONE COUNTY CORRECTIONAL FACILITY, SHERIFF MIKE FARMER, in his individual and official capacities; and STONE COUNTY BOARD OF SUPERVISORS, and in support thereof would respectfully show unto the Court the following:

1. The Plaintiff, ASHLEY NICOLE HAYES is an adult resident citizen of Pearl River County, Mississippi residing at 36 Jenkins Road, Carriere, MS 39426.

2. At the time of his death, WILLIAM HENRY HUTCHISON was an adult resident citizen of Stone County, Mississippi

3. The Defendant, STONE COUNTY, MISSISSIPPI may be served with process by service upon Gerald Bond, Chancery Clerk, at 323 E. Cavers Avenue, Wiggins, Mississippi 39577.

4. The Defendant, WARDEN FRANKLIN BREWER, in his individual and official capacities, may be served with process at Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

5. The Defendant, STONE COUNTY CORRECTIONAL FACILITY may be served with process at upon Warden Franklin Brewer, Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

6. The Defendant, SHERIFF MIKE FARMER, in his individual and official capacities, may be served with process at Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

7. The Defendant, STONE COUNTY BOARD OF SUPERVISORS, may be served with process by service upon Scott Strickland, Board President, through U.S. mail at P.O. Drawer 7, Wiggins, MS 39577 or via personal at 323 E. Cavers Avenue, Wiggins, MS 39577.

## JURISDICTION/VENUE

8. This Court has jurisdiction over the parties and the subject matter herein. Venue is proper in that the incident that gave rise to this cause of action occurred in Stone County, Mississippi.

## FACTS

9. On March 12, 2012, William Henry Hutchison was arrested on a charge of disturbing the peace and was brought to the Stone County Correctional Facility.

10. William Henry Hutchison's status was checked in approximately 30 minute intervals commencing at 5:10 a.m. when he was placed in the female holding cell.

11. At approximately 9:15 a.m., William Henry Hutchison was found asphyxiated with shoelaces around his neck.

12. The Defendants were negligent in their duty to screen William Henry Hutchison as a potential suicide.

13. The Defendants were negligent in their duty to set up a suicide watch for William Henry Hutchison.

14. The Defendants were negligent in their duty to remove objects from the person of William Henry Hutchison which could be used to harm him or others.

15. The Defendants were negligent in their duty to provide an environment in which William Henry Hutchison could not harm himself or others.

16. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, denied medical attention to the incarcerated William Henry Hutchison on March 12, 2012.

17. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, were deliberately indifferent to the serious medical need of William Henry Hutchison on March 12, 2012.

18. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, permitted a state created the danger to the incarcerated William Henry Hutchison on March 12, 2012, when they did not remove the shoe laces from his shoes prior to him entering the jail cell.

19. The Defendants, Stone County, Mississippi, Stone County Correctional Facility, and the Stone County Board of Supervisors, while acting under color of law and in violation of 42 U.S.C. 1983, proximately caused the death of William Henry Hutchison on March 12, 2012, by

allowing the policies and practices regarding their deliberate indifference and failure to train their employees for observation of incarcerated persons with suicidal tendencies. William Henry Hutchison had been previously held at a mental facility for a suicide attempt in 2008.

20. The Defendants, Stone County, Mississippi, Stone County Correctional Facility, and the Stone County Board of Supervisors, while acting under color of law and in violation of 42 U.S.C. 1983, proximately caused the death of William Henry Hutchison on March 12, 2012, by allowing the policies and practices regarding failure to train their employees to withhold items from incarcerated individuals that can be used to the detriment of an incarcerated person. They allowed William Henry Hutchison to enter the jail cell with his shoe strings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff sues and demands judgment of and from the Defendants, STONE COUNTY, MISSISSIPPI; WARDEN FRANKLIN BREWER, in his individual and official capacities; STONE COUNTY CORRECTIONAL FACILITY, SHERIFF MIKE FARMER, in his individual and official capacities; and STONE COUNTY BOARD OF SUPERVISORS, in the full sum of $1,000,000, plus attorney fees, interest, and court costs incurred herein.

Respectfully submitted,

ASHLEY NICOLE HAYES,
ADMINISTRATOR OF THE ESTATE OF
WILLIAM HENRY HUTCHISON AND
THE HEIRS AT LAW OF THE ESTATE
OF WILLIAM HENRY HUTCHISON,
PLAINTIFFS

BY: _____
MICHAEL W. CROSBY

BY: _____
ASHLEY NICOLE HAYES

STATE OF MISSISSIPPI

COUNTY OF HUTCHISON

AFFIDAVIT

PERSONALLY CAME and appeared before me, the undersigned authority in and for the above stated jurisdiction, the within named, ASHLEY NICOLE HAYES, who, after being by me first duly sworn, stated on her oath that the things, matters and statements contained in the above and foregoing Complaint are true and correct as therein stated and as to those things stated on information or belief, she verily believes them to be true, and that she has signed, and delivered this document as her voluntary act ad deed on the day and year therein mentioned.

WITNESS MY SIGNATURE, this the 12 day of March, 2015.

_____
Ashley Nicole Hayes

SWORN TO AND SUBSCRIBED before me, this the 12 day of March, 2015.

_____
Notary Public

Prepared by:
Michael W. Crosby (MSB #7888)
Attorney at Law
2111 25th Avenue
Gulfport, MS 39501
Tel: 228.865.0313
Fax: 601.354.8800
Email: michaelwcrosby@bellsouth.net

FILED
MAR 12 2015
STONE COUNTY, MISS.
KENNY HATTEN, CIR. CLK.
BY _____ D.C.