# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Rev 2009)

**Court Identification Docket #:** County # 66, Judicial District 1, Court ID CI
**Case Year:** 2015
**Docket Number:** 61
**Local Docket ID:**

Date filed (Month/Date/Year): 03/12/15
*This area to be completed by clerk*

Case Number if filed prior to 1/1/94:

In the **CIRCUIT** Court of **STONE** County — Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff
**Individual:** Last Name: HAYES, First Name: ASHLEY, Maiden Name: , M.I.: , Jr/Sr/III/IV:

- [X] Check if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of: Administrator of the Estate of William Henry Hutchison
- [ ] Check if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency:

**Business:** 
- [ ] Check if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below D/B/A:

**Address of Plaintiff:** 108 Ruston Road, Carriere, MS 39426
**Attorney (Name & Address):** Michael W. Crosby, 2111 25th Avenue, Gulfport, MS 39501
**MS Bar No.:** 7888

- [ ] Check if Individual Filing Initial Pleading is NOT an attorney
**Signature of Individual Filing:** /s/

## Defendant
**Individual:** Last Name: , First Name: , Maiden Name: , M.I.: , Jr/Sr/III/IV:

- [ ] Executor(trix)/Administrator(trix) — Estate of:
- [ ] Business Owner/Operator D/B/A or Agency:

**Business:** STONE COUNTY, MISSISSIPPI, 323 E. Cavers Avenue, Wiggins, MS 39577

- [ ] Check if Business Defendant is acting in the name of an entity other than the above, and enter below D/B/A:

**Attorney (Name & Address) - If Known:** 
**MS Bar No.:** 

**Damages Sought:** Compensatory $ 1,000,000.00   Punitive $ 
- [ ] Check if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet*

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle

**Clerk's certification stamp:** I, Kathy Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given under my hand and seal of office this ___ day of ___, 20___. Kathy Hatten, Circuit Clerk. By: _____ D.C.

[Seal: CIRCUIT CLERK OF STONE, MISSISSIPPI]

**EXHIBIT B**

IN THE <u>CIRCUIT</u> COURT OF <u>STONE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____  
File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed  
Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**  
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual**: _____ _____ (_____) ____ ____  
Last Name       First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** <u>Estate of William Henry Hutchison, care of attorney Michael W. Crosby, 2111 25th Avenue, Gulfport, MS 39501</u>  
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: <u>7888</u> Bar # or Name: <u>Michael W. Crosby</u> Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Plaintiff #3:**

**Individual**: _____ _____ (_____) ____ ____  
Last Name       First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____  
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Plaintiff #4:**

**Individual**: _____ _____ (_____) ____ ____  
Last Name       First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____  
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given Under my hand and seal of office this the 6th day of April, 20 15.

Kenny Hatten, Circuit Clerk  
By _____ D.C.

In the <u>CIRCUIT</u> Court of <u>STONE</u> County, Mississippi
_____ Judicial District, City of _____

Docket No. _____ - _____ _____
        File Yr       Chronological No.     Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE** - Page 1 of ___ Defendants Pages
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** <u>BREWER</u>    <u>FRANKLIN</u>    (_____) _____ _____
   Last Name       First Name   Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** <u>WARDEN OF STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS 39577</u>
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant #3:**

**Individual:** _____ _____ (_____) _____ _____
   Last Name       First Name   Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** <u>STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS 39577</u>
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant #4:**

**Individual:** <u>FARMER</u>    <u>MIKE</u>    (_____) _____ _____
   Last Name       First Name   Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** <u>SHERIFF, STONE COUNTY CORRECTIONAL FACILITY, 1420 Industrial Park Road, Wiggins, MS 39577</u>
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given Under my hand and seal of office this the 6th day of April, 2015.

Kenny Hatten, Circuit Clerk
By _____ D.C.

IN THE __CIRCUIT__ COURT OF __STONE__ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____
         File Yr      Chronological No.    Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # _5_ :**

Individual: _____ _____ (_____) _____ _____
              Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business __STONE COUNTY BOARD OF SUPERVISORS, 323 E. Cavers Avenue, Wiggins, MS 39577__
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**

Individual: _____ _____ (_____) _____ _____
              Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**

Individual: _____ _____ (_____) _____ _____
              Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office.
Given Under my hand and seal of office this the _6th_ day of _April_, 20_15_.

Kenny Hatten, Circuit Clerk
By _____ D.C.

IN CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

ASHLEY NICOLE HAYES, ADMINISTRATOR OF THE
ESTATE OF WILLIAM HENRY HUTCHISON AND
ON BEHALF OF THE HEIRS AT LAW OF THE ESTATE OF
WILLIAM HENRY HUTCHISON                                     PLAINTIFF

VERSUS                                          CIVIL ACTION No.: 2015-61

STONE COUNTY, MISSISSIPPI,
WARDEN FRANKLIN BREWER
in his individual and official capacities,
STONE COUNTY CORRECTIONAL FACILITY,
SHERIFF MIKE FARMER,
in his individual and official capacities; and
STONE COUNTY BOARD OF SUPERVISORS                           DEFENDANTS

## COMPLAINT

COMES NOW the Plaintiffs, ASHLEY NICOLE HAYES, ADMINISTRATOR OF THE ESTATE OF WILLIAM HENRY HUTCHISON AND ON BEHALF OF THE HEIRS AT LAW OF WILLIAM HENRY HUTCHISON, by and through their attorney, Michael W. Crosby, and file this Complaint against the Defendants, STONE COUNTY, MISSISSIPPI; WARDEN FRANKLIN BREWER, in his individual and official capacities; STONE COUNTY CORRECTIONAL FACILITY, SHERIFF MIKE FARMER, in his individual and official capacities; and STONE COUNTY BOARD OF SUPERVISORS, and in support thereof would respectfully show unto the Court the following:

1. The Plaintiff, ASHLEY NICOLE HAYES is an adult resident citizen of Pearl River County, Mississippi residing at 36 Jenkins Road, Carriere, MS 39426.

2. At the time of his death, WILLIAM HENRY HUTCHISON was an adult resident citizen of Stone County, Mississippi

3. The Defendant, STONE COUNTY, MISSISSIPPI may be served with process by service upon Gerald Bond, Chancery Clerk, at 323 E. Cavers Avenue, Wiggins, Mississippi 39577.

4. The Defendant, WARDEN FRANKLIN BREWER, in his individual and official capacities, may be served with process at Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

5. The Defendant, STONE COUNTY CORRECTIONAL FACILITY may be served with process at upon Warden Franklin Brewer, Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

6. The Defendant, SHERIFF MIKE FARMER, in his individual and official capacities, may be served with process at Stone County Correctional Facility, 1420 Industrial Park Road, Wiggins, Mississippi 39577.

7. The Defendant, STONE COUNTY BOARD OF SUPERVISORS, may be served with process by service upon Scott Strickland, Board President, through U.S. mail at P.O. Drawer 7, Wiggins, MS 39577 or via personal at 323 E. Cavers Avenue, Wiggins, MS 39577.

## JURISDICTION/VENUE

8. This Court has jurisdiction over the parties and the subject matter herein. Venue is proper in that the incident that gave rise to this cause of action occurred in Stone County, Mississippi.

## FACTS

9. On March 12, 2012, William Henry Hutchison was arrested on a charge of disturbing the peace and was brought to the Stone County Correctional Facility.

10. William Henry Hutchison's status was checked in approximately 30 minute intervals commencing at 5:10 a.m. when he was placed in the female holding cell.

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given Under my hand and seal of office this the 6th day of April, 2015.

Kenny Hatten, Circuit Clerk
By _____ D.C.

11. At approximately 9:15 a.m., William Henry Hutchison was found asphyxiated with shoelaces around his neck.

12. The Defendants were negligent in their duty to screen William Henry Hutchison as a potential suicide.

13. The Defendants were negligent in their duty to set up a suicide watch for William Henry Hutchison.

14. The Defendants were negligent in their duty to remove objects from the person of William Henry Hutchison which could be used to harm him or others.

15. The Defendants were negligent in their duty to provide an environment in which William Henry Hutchison could not harm himself or others.

16. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, denied medical attention to the incarcerated William Henry Hutchison on March 12, 2012.

17. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, were deliberately indifferent to the serious medical need of William Henry Hutchison on March 12, 2012.

18. The Defendants, Warden Franklin Brewer and Sheriff Mike Farmer, while acting under color of law and in violation of 42 U.S.C. 1983, permitted a state created the danger to the incarcerated William Henry Hutchison on March 12, 2012, when they did not remove the shoe laces from his shoes prior to him entering the jail cell.

19. The Defendants, Stone County, Mississippi, Stone County Correctional Facility, and the Stone County Board of Supervisors, while acting under color of law and in violation of 42 U.S.C. 1983, proximately caused the death of William Henry Hutchison on March 12, 2012, by

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office.
Given Under my hand and seal of office this the 6th day of April, 20 15.
Kenny Hatten, Circuit Clerk
By _____ D.C.

allowing the policies and practices regarding their deliberate indifference and failure to train their employees for observation of incarcerated persons with suicidal tendencies. William Henry Hutchison had been previously held at a mental facility for a suicide attempt in 2008.

20. The Defendants, Stone County, Mississippi, Stone County Correctional Facility, and the Stone County Board of Supervisors, while acting under color of law and in violation of 42 U.S.C. 1983, proximately caused the death of William Henry Hutchison on March 12, 2012, by allowing the policies and practices regarding failure to train their employees to withhold items from incarcerated individuals that can be used to the detriment of an incarcerated person. They allowed William Henry Hutchison to enter the jail cell with his shoe strings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff sues and demands judgment of and from the Defendants, STONE COUNTY, MISSISSIPPI; WARDEN FRANKLIN BREWER, in his individual and official capacities; STONE COUNTY CORRECTIONAL FACILITY, SHERIFF MIKE FARMER, in his individual and official capacities; and STONE COUNTY BOARD OF SUPERVISORS, in the full sum of $1,000,000, plus attorney fees, interest, and court costs incurred herein.

Respectfully submitted,

ASHLEY NICOLE HAYES,
ADMINISTRATOR OF THE ESTATE OF
WILLIAM HENRY HUTCHISON AND
THE HEIRS AT LAW OF THE ESTATE
OF WILLIAM HENRY HUTCHISON,
PLAINTIFFS

BY: _____
MICHAEL W. CROSBY

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given Under my hand and seal of office this the 6th day of April, 20 15.

Kenny Hatten, Circuit Clerk
By _____ D.C.

BY: _____
ASHLEY NICOLE HAYES

**STATE OF MISSISSIPPI**

**COUNTY OF HUTCHISON**

### AFFIDAVIT

PERSONALLY CAME and appeared before me, the undersigned authority in and for the above stated jurisdiction, the within named, ASHLEY NICOLE HAYES, who, after being by me first duly sworn, stated on her oath that the things, matters and statements contained in the above and foregoing Complaint are true and correct as therein stated and as to those things stated on information or belief, she verily believes them to be true, and that she has signed, and delivered this document as her voluntary act ad deed on the day and year therein mentioned.

WITNESS MY SIGNATURE, this the 12 day of March, 2015.

_____
Ashley Nicole Hayes

SWORN TO AND SUBSCRIBED before me, this the 12 day of March, 2015.

_____
Notary Public

Prepared by:
Michael W. Crosby (MSB #7888)
Attorney at Law
2111 25th Avenue
Gulfport, MS 39501
Tel: 228.865.0313
Fax: 601.354.8800
Email: michaelwcrosby@bellsouth.net

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 104525 TERRY SULLIVAN Commission Expires Jan. 29, 2017 HANCOCK COUNTY]

I, Kenny Hatten, Circuit Clerk do hereby certify that the foregoing is a true and correct copy of the Original on file in my office. Given Under my hand and seal of office this the 6th day of April, 2015.

Kenny Hatten, Circuit Clerk
By _____ D.C.



**FILED**

MAR 1 2 2015

STONE COUNTY, MISS.
KENNY HATTEN, CIR. CLK.
BY _____ D.C.