**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ASHLEY NICOLE HAYES, ADMINISTRATOR
OF THE ESTATE OF WILLIAM HENRY
HUTCHISON AND ON BEHALF OF THE
HEIRS AT LAW OF THE ESTATE OF
WILLIAM HENRY HUTCHISON**           **PLAINTIFF**

**VS.**        **CIVIL ACTION NO.: 1:15-cv-00120-HSO-JCG**

**STONE COUNTY, MISSISSIPPI, et al.**        **DEFENDANTS**

## AGREED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that a settlement has been reached in this matter and that the Plaintiff is in the process of having the settlement approved by a Mississippi Chancery Court of competent jurisdiction. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 11th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED TO BY:**

*/s/ Michael Crosby*_____
MICHAEL CROSBY, ESQ.
Counsel for Plaintiff

*/s/ Jason Marsh*_____
JASON MARSH, ESQ.
Counsel for Defendants